IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES NICHOLS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-824 |
| § | |
| NATIONWIDE PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The parties' joint motion to extend, (Docket Entry No. 25), is granted. To permit additional time for discovery, the discovery cut off is extended to July 1, 2011. The joint pretrial order is due July 29, 2011, and docket call is set for August 5, 2011, at 2:00 p.m. As the parties have agreed, there will be no dispositive motions or *Daubert* challenges filed.

SIGNED on April 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge